IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAROLYN C. DONALD,

      Appellant,

v.

GEORGE A. PRICE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0544

Opinion filed November 10, 2014.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Carolyn C. Donald, pro se, Appellant.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.